**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JONATHAN SANDERS**                                                      **PLAINTIFF**

**v.**                                      **No: 3:18-cv-00160 KGB-PSH**

**TANNER HILL,** *et al.*                                               **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Jonathan Sanders filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 23, 2018 (Doc. No. 1). On August 24, 2018, the Court entered an order directing Sanders to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. Sanders was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Sanders has not complied or otherwise responded to the August 24 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Sanders' complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE