**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**


**JONATHAN SANDERS**                                                               **PLAINTIFF**

**v.**                          **Case No: 3:18-cv-00160 KGB-PSH**

**TANNER HILL,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia Harris (Dkt. No. 5). Plaintiff Jonathan Sanders has not filed an objection to the Proposed Findings and Recommendation, and the time for filing objections has passed. The Court adopts the Proposed Findings and Recommendation as the Court's findings in all respects (Dkt. No. 5). Accordingly, the Court dismisses without prejudice Mr. Sanders' complaint and amended complaint (Dkt. Nos. 1, 4).

It is so ordered this 18th day of February, 2020.

_____
Kristine G. Baker
United States District Judge