# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JONATHAN SANDERS**                                              **PLAINTIFF**

**v.**                   **Case No: 3:18-cv-00160 KGB-PSH**

**TANNER HILL,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this 18th day of February, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge